# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0484
Lower Tribunal No. 2023-CA-017006-O

_____

PAUL EMMANUEL KNIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

April 11, 2025

PER CURIAM.

AFFIRMED. *See Raley v. State*, 675 So. 2d 170, 173 (Fla. 5th DCA 1996).

STARGEL, NARDELLA and MIZE, JJ., concur.


Paul Emmanuel Knight, Punta Gorda, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED